IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:22-cr-152-1 (RDA) |
| | ) | |
| PHILLIP WINDOM OFFILL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This matter comes before the Court on Defendant Phillip Windom Offill, Jr.'s ("Defendant") Unopposed Motion to Reduce Sentence ("Unopposed Motion"). Dkt. 128. Considering the Unopposed Motion, and having reviewed Amendment 821 of the United States Sentencing Guidelines, it is hereby ORDERED that the Unopposed Motion is GRANTED and Defendant's sentence is reduced from 72 months' imprisonment to 70 months' imprisonment, effective immediately.

The Clerk is directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
March 28, 2024

/s/ Rossie D. Alston, Jr.
United States District Judge